UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES GASPARD, | No. 2:18-cv-2397 CKD P |
| Plaintiff, | |
| v. | ORDER |
| THE BREAKFAST TOMS, et al., | |
| Defendants. | |

Plaintiff has filed a motion for extension of time to file an application to proceed in forma pauperis and for a stay in this matter. This motion will be granted in part and denied in part. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 6) is granted;

2. Plaintiff's motion for a stay (ECF No. 6) is denied; and

3. Plaintiff is granted thirty days from the date of this order in which to file an application to proceed in forma pauperis.

Dated: October 18, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/gasp2397.36