UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES GASPARD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE BREAKFAST TOMS, et al.,<br><br>　　　　Defendants. | No. 2:18-cv-2397 TLN CKD P<br><br><br><br>ORDER |

Plaintiff has filed his second request for an extension of time to file an application to proceed in forma pauperis pursuant to the court's order of September 6, 2018. Good cause appearing, the request will be granted. No further extensions of time will be granted.

IT IS HEREBY ORDERED that:

1. Plaintiff's request for an extension of time (ECF No. 10) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file an application to proceed in forma pauperis. No further extensions of time will be granted.

Dated: December 5, 2018

*/s/ Carolyn K. Delaney*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/gasp2397.36sec