UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES GASPARD,<br><br>    Plaintiff,<br><br>    v.<br><br>THE BREAKFAST TOMS, et al.,<br><br>    Defendants. | No. 2:18-cv-02397 TLN CKD P<br><br><br>ORDER |

    Plaintiff is a state prisoner proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and has moved for disqualification of the undersigned. Pursuant to 28 U.S.C. § 455, a magistrate judge shall disqualify herself in any proceeding in which her impartiality might reasonably be questioned or where she has a personal bias or prejudice concerning a party. In plaintiff's motion for disqualification, he speculates that the undersigned is biased against plaintiff. The court does not find disqualification is appropriate in this matter.

    Accordingly, IT IS HEREBY ORDERED that:

    1. Plaintiff's motion for disqualification (ECF No. 17) is denied.

    2. In light of the Findings and Recommendations issued on January 14, 2019, plaintiff's

/////

/////

/////

1

motion for an indefinite extension of time to pay the fees in this case (ECF No. 17) is also denied.

Dated: January 16, 2019

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/gasp2397.disq.docx