UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES GASPARD,

        Plaintiff,

    v.

THE BREAKFAST TOMS, et al.,

        Defendants.

No.  2:18-cv-2397-TLN-CKD P

ORDER

Plaintiff Charles Gaspard has filed a document in this action styled as "Motion for Leave to Amend Pleading and for Leave to Serve Supplemental Pleadings; and Objection." (ECF No. 23.) This case was closed in 2019 and judgment was entered on March 15, 2019. (ECF No. 21.) The present motion to amend pleading will be denied accordingly.

For the reasons set forth above, IT IS ORDERED that plaintiff's "Motion for Leave to Amend Pleading…" (ECF No. 23) is DENIED.

Dated:  January 21, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 gasp2397.post

1